CLOSED, ECF, RELATED

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00653-JGK
### Internal Use Only

Diplomat Merchandise Corp. v. LG. Philips LCD Co., Ltd. et al
Assigned to: Judge John G. Koeltl
Related Case: 1:06-cv-15417-JGK
Cause: 15:1 Antitrust Litigation

Date Filed: 01/26/2007
Date Terminated: 06/05/2007
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

**Plaintiff**

**Diplomat Merchandise Corp.**
*on behalf of itself and all others similarly situated*

represented by **Bernard Persky**
Labaton Rudoff & Sucharow LLP
100 Park Avenue
12th Floor
New York, NY 10017
(212) 907-0868
Fax: (212) 883-7068
Email: bpersky@labaton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher John McDonald**
Labaton Rudoff & Sucharow LLP
100 Park Avenue
12th Floor
New York, NY 10017
(212)907-0861
Fax: (212)-818-0477
Email: cmcdonald@labaton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig L. Briskin**
Labaton Rudoff & Sucharow LLP
100 Park Avenue
12th Floor
New York, NY 10017
212-907-0854
Fax: 212-883-7054
Email: cbriskin@labaton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**LG. Philips LCD Co., Ltd.**

**Defendant**

LG. Philips LCD America, Inc.

**Defendant**

Samsung Electronics Co., Ltd.

**Defendant**

Sharp Corporation

**Defendant**

Sharp Electronics Corporation     represented by **Albert J. Boro, Jr.**
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105
(415) 983-1436
Fax: (415) 983-1200
*ATTORNEY TO BE NOTICED*

**Defendant**

Sanyo Epson Imaging Devices Corporation

**Defendant**

AU Optronics Corporation America

**Defendant**

AU Optronics Corporation

**Defendant**

Does
*1 through 100*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/26/2007 | ●1 | COMPLAINT against Sharp Electronics Corporation, Sanyo Epson Imaging Devices Corporation, AU Optronics Corporation America, AU Optronics Corporation, Does, LG. Philips LCD Co., Ltd., LG. Philips LCD America, Inc., Samsung Electronics Co., Ltd., Sharp Corporation. (Filing Fee $ 350.00, Receipt Number 604179)Document filed by Diplomat Merchandise Corp..(lb) (Entered: 02/01/2007) |
| 01/26/2007 | ● | SUMMONS ISSUED as to Sharp Electronics Corporation, Sanyo Epson Imaging Devices Corporation, AU Optronics Corporation America, AU Optronics Corporation, Does, LG. Philips LCD Co., Ltd., LG. Philips LCD America, Inc., Samsung Electronics Co., Ltd., Sharp Corporation. (lb) (Entered: 02/01/2007) |
| 01/26/2007 | ● | CASE REFERRED TO Judge John G. Koeltl as possibly related to 1:06-cv-15417. (lb) (Entered: 02/01/2007) |
| 01/26/2007 | ● | Case Designated ECF. (lb) (Entered: 02/01/2007) |

| | | |
|---|---|---|
| 01/26/2007 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Diplomat Merchandise Corp..(lb) (Entered: 02/01/2007) |
| 02/06/2007 | | CASE ACCEPTED AS RELATED. Create association to 1:06-cv-15417-JGK. Notice of Assignment to follow. (js) (Entered: 02/07/2007) |
| 02/06/2007 | 3 | NOTICE OF CASE ASSIGNMENT to Judge John G. Koeltl. Judge Unassigned is no longer assigned to the case. (js) (Entered: 02/07/2007) |
| 02/06/2007 | | Magistrate Judge Theodore H. Katz is so designated. (js) (Entered: 02/07/2007) |
| 02/06/2007 | | Mailed notice to the attorney(s) of record. (js) (Entered: 02/07/2007) |
| 02/28/2007 | 4 | AFFIDAVIT OF SERVICE. Sharp Electronics Corporation served on 2/20/2007, answer due 3/12/2007. Service was accepted by Kevin A. Fox, Associate General Counsel. Document filed by Diplomat Merchandise Corp.. (Persky, Bernard) (Entered: 02/28/2007) |
| 02/28/2007 | 5 | AFFIDAVIT OF SERVICE of Summons and Complaint,. LG. Philips LCD America, Inc. served on 2/21/2007, answer due 3/13/2007. Service was accepted by David Han, Accounting Manager. (Persky, Bernard) (Entered: 02/28/2007) |
| 03/13/2007 | 6 | NOTICE of NOTICE OF JOINDER IN STIPULATION FOR EXTENSION OF TIME (CMO-USA). Document filed by Does. (Attachments: # 1 Corporate Disclosure Statement)(Khoo, Caren) (Entered: 03/13/2007) |
| 03/13/2007 | 7 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying LG.Phillips LCD Co., Ltd. as Corporate Parent. Document filed by LG. Philips LCD America, Inc..(Lowenthal, Mitchell) (Entered: 03/13/2007) |
| 03/13/2007 | 9 | MOTION for Albert J. Boro, Jr. to Appear Pro Hac Vice. Document filed by Sharp Electronics Corporation.(jco) (Entered: 03/15/2007) |
| 03/14/2007 | 8 | STIPULATION AND ORDER the deadline for Sharp to respond to the Complaint shall be extended until the earlier of the following dates: (1) forty-five days after the filing of a Consolidated Amended Complaint in the direct purchaser LCD Cases; or (2) forty-five days after the plaintiff provides written notice that i does not intend to file a Consolidated Amended Complaint, provided that such notice may be given only after the initial case management conference in this case. (Signed by Judge John G. Koeltl on 3/13/07) (jco) (Entered: 03/15/2007) |
| 03/22/2007 | | CASHIERS OFFICE REMARK on 9 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 03/13/2007, Receipt Number 609002. (jd) (Entered: 03/22/2007) |
| 04/03/2007 | 10 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Sharp Corporation as Corporate Parent. Document filed by Sharp Electronics Corporation.(Nara, Fusae) (Entered: 04/03/2007) |
| 06/05/2007 | 11 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER OUT ORDER FROM THE MDL PANEL...transferring this action from the U.S.D.C. - S.D.N.Y to the United States District Court - Northern District of California. (Signed by Judge MDL Panel on 04/25/2007) (jeh) Additional attachment(s) added on 6/11/2007 (Horne, Jenny). (Entered: 06/11/2007) |
| 06/05/2007 | | MDL TRANSFER OUT: Emailed certified copy of docket entries and transfer |

Page 4 of 4

|  |  | order along with letter of acknowledgment to the United States District Court - Northern District of California. (jeh) (Entered: 06/11/2007) |
|---|---|---|